BEFORE THE THIRD DIVISION, MARCH 23, 1961

**No. 65322.**—J. J. Hayes Company v. United States, protests 59/19152 and 59/19161 (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

**No. 65323.**—Asbury Graphite Mills, Inc. v. United States, protest 59/19732 (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of amorphous graphite the same in all material respects as that the subject of *The Asbury Graphite Mills, Inc., et al.* v. *United States* (42 Cust. Ct. 141, C.D. 2077), the claim of the plaintiff was sustained.

**No. 65324.**—L. Batlin & Son, Inc. v. United States, protests 60/7192, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.